1  E. DAVID MARKS (Bar No. 136567)
   SERENA PATITUCCI TORVIK (Bar No. 193665)
2  MILLER STARR REGALIA
   A Professional Law Corporation
3  300 Hamilton Avenue, Third Floor
   Palo Alto, California 94301
4  Telephone:    650 463 7800

5  Attorneys for Defendants
   KENNETH KIM and GRACE KIM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individial; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10,<br><br>Defendants. | No. CV 08 1448 (EMC)<br><br>Magistrate Judge: Hon. Edward M. Chen<br><br>WAIVER OF SERVICE OF SUMMONS |

TO A. CARL YAECKEL, ESQ., GRIMM, VRANJES, MC CORMICK & GRAHAM, ATTORNEYS FOR NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY:

On behalf of my clients, KENNETH KIM and GRACE KIM, I hereby acknowledge receipt of your request for waiver of service of the First Amended Summons in the action *North American Specialty Insurance Company and North American Capacity Insurance v.*

*First NHD Development, Inc, et al,* Case No. CV 08 1448 (EMC), in the United States District Court for the Northern District of California, San Francisco Division. I have also received a copy of the First Amended Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to my clients.

Defendants KENNETH KIM and GRACE KIM agree to save the cost of service of summons and an additional copy of the complaint in this lawsuit by not requiring that defendants KENNETH KIM and GRACE KIM be served with judicial process in the manner provided by Rule 4.

Defendants KENNETH KIM and GRACE KIM will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

Defendants KENNETH KIM and GRACE KIM understand that a judgment may be entered against them in an answer or motion under Rule 12 is not served within thirty (30) days after April 21, 2008.

Dated: May 2, 2008

MILLER STARR REGALIA

By: _____
E. DAVID MARKS
Attorneys for Defendants
KENNETH KIM and GRACE KIM