1 | **WILLOUGHBY, STUART & BENING**
Ronald J. Cook, Esq.
2 | 50 W. San Fernando Street, Suite 400
San Jose, CA 95113
3 | TEL: 408-289-1972
FAX: 408-295-6375
4 |
5 | Attorneys for Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING
6 | C. HAO

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10, <br><br> Defendants. | CASE NO: CV 08 1448 (EMC) <br> Magistrate Judge: Hon. Edward M. Chen <br><br> **WAIVER OF SERVICE OF SUMMONS** |

TO: GREGORY B. THOMAS, ESQ., ATTORNEY FOR NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY:

On behalf of my clients, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC; SHIAO MEI NAN; and MING

1

1  C. HAO, I hereby acknowledge receipt of your request for waiver of service of the Summons in the action, *North American Specialty Insurance Company and North American Capacity Insurance v. First NHD Development, Inc., et al.*, Case No. CV 08 1448 (EMC), filed in the United States District Court for the Northern District of California, San Francisco Division. I have also received a copy of the First Amended Complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to my clients.

FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO agree to save the cost of service of Summons and additional copy of the Complaint in this lawsuit by not requiring that Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO be served with judicial process in the manner provided by Rule 4.

Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the Summons or in the service of the Summons.

Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO understand that a judgment may be entered against them if an answer or motion under Rule 12 is not served by May 27, 2008.

Dated: May 14, 2008

WILLOUGHBY, STUART & BENING

By: _____
Ronald J. Cook, Esq.
Attorneys for Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAU

S:\Cases\2165004\pld\waiver 03.wpd

2

WAIVER OF SERVICE OF SUMMONS
CASE NO. CV 08 1448