1  E. DAVID MARKS (Bar No. 136567)
   SERENA PATITUCCI TORVIK (Bar No. 193665)
2  MILLER STARR REGALIA
   A Professional Law Corporation
3  300 Hamilton Avenue, Third Floor
   Palo Alto, California  94301
4  Telephone:    650 463 7800

5  Attorneys for Defendants
   KENNETH KIM and GRACE KIM

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>v.<br><br>FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California limited liability company; MENLO PARK ESTATES MARKETING LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10,<br><br>            Defendants. | No. 3:08-CV-01488-EMC<br>MAGISTRATE JUDGE EDWARD M. CHEN<br><br>DEFENDANTS KENNETH KIM'S AND GRACE KIM'S ANSWER TO FIRST AMENDED COMPLAINT FOR DECLARATORY RELIEF |

### DEMAND FOR JURY TRIAL

Defendants KENNETH KIM and GRACE KIM hereinafter collectively "defendants", demand trial by jury.

///

///

///

Defendants, in answer to the First Amended Complaint for Declaratory Relief of plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("NASIC") and NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAIC"), allege:

## JURISDICTION

1. In answer to paragraph 1, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

2. In answer to paragraph 2, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

3. In answer to paragraph 3, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

4. In answer to paragraph 4, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

5. In answer to paragraph 5, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

6. In answer to paragraph 6, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

7. In answer to paragraph 7, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

8. In answer to paragraph 8, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegation contained in said paragraph, but nevertheless, believes them to be true.

9. In answer to paragraph 9, defendant GRACE KIM admits the allegations of this paragraph.

10. In answer to paragraph 10, defendant KENNETH KIM admits the allegations of this paragraph.

11. In answer to paragraph 11, these answering defendants are without sufficient knowledge and belief as to the allegations contained in said paragraph, and on that basis deny said allegations.

12. In answer to paragraph 12, these answering defendants admit that this is a civil action wherein the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and is between citizens of different states. Jurisdiction is established by diversity of citizenship.

**VENUE**

13. In answer to paragraph 13, these answering defendants admit that the venue is proper pursuant 28 U.S.C. § 1391(2).

**THE INSURANCE POLICIES**

14. In answer to paragraph 14, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believes them to be true.

15. In answer to paragraph 15, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believes them to be true.

16. In answer to paragraph 16, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believes them to be true.

17. In answer to paragraph 17, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believes them to be true.

**GENERAL ALLEGATIONS**

18. In answer to paragraph 18, these answering defendants admit the allegations of this paragraph.

19. In answer to paragraph 19, these answering defendants admit the allegations of this paragraph.

20. In answer to paragraph 20, these answering defendants admit the allegations of this paragraph.

21. In answer to paragraph 21, these answering defendants are without sufficient knowledge to form a belief as the truth of the allegations contained in said paragraph, but nevertheless believes them to be true.

**FIRST CAUSE OF ACTION**

22. In answer to paragraph 22, these answering defendants admit the allegations of this paragraph.

23. In answer to paragraph 23, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

24. In answer to paragraph 24, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

25. In answer to paragraph 25, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

**SECOND CAUSE OF ACTION**

26. In answer to paragraph 26, these answering defendants admit the allegations of this paragraph.

27. In answer to paragraph 27, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

1  28. In answer to paragraph 28, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

29. In answer to paragraph 29, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

**THIRD CAUSE OF ACTION**

30. In answer to paragraph 30, these answering defendants admit the allegations of this paragraph.

31. In answer to paragraph 31, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

32. In answer to paragraph 32, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

33. In answer to paragraph 33, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

**FOURTH CAUSE OF ACTION**

34. In answer to paragraph 34, these answering defendants admit the allegations of this paragraph.

35. In answer to paragraph 35, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

36. In answer to paragraph 36, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

1    37.    In answer to paragraph 37, these answering defendants are without
2 sufficient knowledge and information to form a belief as to the truth of the allegations contained
3 in said paragraph, and on that basis deny said allegations.

## FIFTH CAUSE OF ACTION

5    38.    In answer to paragraph 38, these answering defendants admit the
6 allegations of this paragraph.

7    39.    In answer to paragraph 39, these answering defendants are without
8 sufficient knowledge and information to form a belief as to the truth of the allegations contained
9 in said paragraph, and on that basis deny said allegations.

10    40.    In answer to paragraph 40, these answering defendants are without
11 sufficient knowledge and information to form a belief as to the truth of the allegations contained
12 in said paragraph, and on that basis deny said allegations.

13    41.    In answer to paragraph 41, these answering defendants are without
14 sufficient knowledge and information to form a belief as to the truth of the allegations contained
15 in said paragraph, and on that basis deny said allegations.

## SIXTH CAUSE OF ACTION

17    42.    In answer to paragraph 42, these answering defendants admit the
18 allegations of this paragraph.

19    43.    In answer to paragraph 43, these answering defendants are without
20 sufficient knowledge and information to form a belief as to the truth of the allegations contained
21 in said paragraph, and on that basis deny said allegations.

22    44.    In answer to paragraph 44, these answering defendants are without
23 sufficient knowledge and information to form a belief as to the truth of the allegations contained
24 in said paragraph, and on that basis deny said allegations.

25    45.    In answer to paragraph 45, these answering defendants are without
26 sufficient knowledge and information to form a belief as to the truth of the allegations contained
27 in said paragraph, and on that basis deny said allegations.

28

| | |
|---|---|
| 1 | **SEVENTH CAUSE OF ACTION** |
| 2 | 46. In answer to paragraph 46, these answering defendants admit the |
| 3 | allegations of this paragraph. |
| 4 | 47. In answer to paragraph 47, these answering defendants are without |
| 5 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 6 | in said paragraph, and on that basis deny said allegations. |
| 7 | 48. In answer to paragraph 48, these answering defendants are without |
| 8 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 9 | in said paragraph, and on that basis deny said allegations. |
| 10 | 49. In answer to paragraph 49, these answering defendants are without |
| 11 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 12 | in said paragraph, and on that basis deny said allegations. |
| 13 | **EIGHTH CAUSE OF ACTION** |
| 14 | 50. In answer to paragraph 50, these answering defendants admit the |
| 15 | allegations of this paragraph. |
| 16 | 51. In answer to paragraph 51, these answering defendants are without |
| 17 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 18 | in said paragraph, and on that basis deny said allegations. |
| 19 | 52. In answer to paragraph 52, these answering defendants are without |
| 20 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 21 | in said paragraph, and on that basis deny said allegations. |
| 22 | 53. In answer to paragraph 53, these answering defendants are without |
| 23 | sufficient knowledge and information to form a belief as to the truth of the allegations contained |
| 24 | in said paragraph, and on that basis deny said allegations. |
| 25 | **NINTH CAUSE OF ACTION** |
| 26 | 54. In answer to paragraph 54, these answering defendants admit the |
| 27 | allegations of this paragraph. |
| 28 | |

1  55. In answer to paragraph 55, these answering defendants are without
2  sufficient knowledge and information to form a belief as to the truth of the allegations contained
3  in said paragraph, and on that basis deny said allegations.
4  56. In answer to paragraph 56, these answering defendants are without
5  sufficient knowledge and information to form a belief as to the truth of the allegations contained
6  in said paragraph, and on that basis deny said allegations.
7  57. In answer to paragraph 57, these answering defendants are without
8  sufficient knowledge and information to form a belief as to the truth of the allegations contained
9  in said paragraph, and on that basis deny said allegations.

10 **TENTH CAUSE OF ACTION**

11 58. In answer to paragraph 58, these answering defendants admit the
12 allegations of this paragraph.
13 59. In answer to paragraph 59, these answering defendants are without
14 sufficient knowledge and information to form a belief as to the truth of the allegations contained
15 in said paragraph, and on that basis deny said allegations.
16 60. In answer to paragraph 60, these answering defendants are without
17 sufficient knowledge and information to form a belief as to the truth of the allegations contained
18 in said paragraph, and on that basis deny said allegations.
19 61. In answer to paragraph 61, these answering defendants are without
20 sufficient knowledge and information to form a belief as to the truth of the allegations contained
21 in said paragraph, and on that basis deny said allegations.

22 **ELEVENTH CAUSE OF ACTION**

23 62. In answer to paragraph 62, these answering defendants admit the
24 allegations of this paragraph.
25 63. In answer to paragraph 63, these answering defendants are without
26 sufficient knowledge and information to form a belief as to the truth of the allegations contained
27 in said paragraph, and on that basis deny said allegations.
28

1  64. In answer to paragraph 64, these answering defendants are without
2  sufficient knowledge and information to form a belief as to the truth of the allegations contained
3  in said paragraph, and on that basis deny said allegations.
4  65. In answer to paragraph 65, these answering defendants are without
5  sufficient knowledge and information to form a belief as to the truth of the allegations contained
6  in said paragraph, and on that basis deny said allegations.

7  **TWELFTH CAUSE ACTION**

8  66. In answer to paragraph 66, these answering defendants admit the
9  allegations of this paragraph.
10 67. In answer to paragraph 67, these answering defendants are without
11 sufficient knowledge and information to form a belief as to the truth of the allegations contained
12 in said paragraph, and on that basis deny said allegations.
13 68. In answer to paragraph 68, these answering defendants are without
14 sufficient knowledge and information to form a belief as to the truth of the allegations contained
15 in said paragraph, and on that basis deny said allegations.
16 69. In answer to paragraph 69, these answering defendants are without
17 sufficient knowledge and information to form a belief as to the truth of the allegations contained
18 in said paragraph, and on that basis deny said allegations.

19 **THIRTEENTH CAUSE OF ACTION**

20 70. In answer to paragraph 70, these answering defendants admit the
21 allegations of this paragraph.
22 71. In answer to paragraph 71, these answering defendants are without
23 sufficient knowledge and information to form a belief as to the truth of the allegations contained
24 in said paragraph, and on that basis deny said allegations.
25 72. In answer to paragraph 72, these answering defendants are without
26 sufficient knowledge and information to form a belief as to the truth of the allegations contained
27 in said paragraph, and on that basis deny said allegations.
28

1  73. In answer to paragraph 73, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

**FOURTEENTH CAUSE OF ACTION**

74. In answer to paragraph 74, these answering defendants admit the allegations of this paragraph.

75. In answer to paragraph 75, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

76. In answer to paragraph 76, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

77. In answer to paragraph 77, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

**AFFIRMATIVE DEFENSES**

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein these answering defendants allege that the complaint does not state facts sufficient to constitute a cause of action.

AS AND FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that the complaint does not state facts sufficient to state a claim for declaratory judgment.

AS AND FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe, and thereon allege, that the complaint, and each cause of action therein, is barred by the applicable statute of limitations.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs' own conduct, and each of them estops plaintiffs from claiming the relief alleged in the complaint.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege, that the allegations and causes of action alleged in plaintiffs' complaint are conclusory, thus all affirmative defenses which may be applicable cannot be fully anticipated. Defendants, therefore reserve the right to assert additional affirmative defenses, as applicable.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs, through the exercise of reasonable effort, could have mitigated their damages, if any, and the resulting damages, if any, were directly and proximately caused by plaintiffs failure, neglect and refusal to exercise reasonable efforts to mitigate their alleged damages.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs' claims are barred by the doctrine of laches.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs lack the capacity to bring suit as to each cause of action alleged.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon alleges that the herein court lacks subject matter jurisdiction.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, this answering defendant alleges that the plaintiff at all times relating to this action assumed the risk herein.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs' claims are barred by the doctrine of unclean hands.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs have waived any claims to declaratory relief, and/or are estopped to assert any claims to declaratory relief.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that all sums at issue in plaintiffs' complaint are the responsibility of plaintiff or of persons or entities other than these answering defendants and recovery against these answering defendants are reduced or eliminated according to principles of equity.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that plaintiffs failed to meet and perform all necessary covenants, conditions, and promises required by plaintiffs to be performed in accordance with the terms and conditions of the policy.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that plaintiffs' claims herein are barred by the principle of unjust enrichment.

AS FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that each and every act or statement done or made by defendants or its agents and employees, with reference to plaintiffs, were reasonable and were privileged as a good faith assertion of defendants' legal and contractual rights.

WHEREFORE, these answering defendants pray:

1. That the complaint, and each cause of action therein, be dismissed and that plaintiffs take nothing by their action;

2. That plaintiffs be denied declaratory relief;

3. For all costs of suit herein;

4. For attorney's fees incurred herein; and,

KMKG\45314\736758.1

-12-

Case No. 3:08-CV-01488-EMC
ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

1       5.    For such other and further relief as the court may deem just and proper.

2 Dated: May 28, 2008                 MILLER STARR REGALIA

By: _____/s/_____
     E. DAVID MARKS
     Attorneys for Defendants
     KENNETH KIM AND GRACE KIM

**PROOF OF SERVICE**

*North American Specialty Insurance Company, et al. v. First NHD Development, Inc., et al.*
United States District Court - North District of California, Case No. 3:08-CV-01488-EMC

I, Anna M. Morgan, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 Hamilton Avenue, Third Floor, Palo Alto, CA  94301.  On May 28, 2008, I served the within documents:

DEFENDANTS KENNETH KIM'S AND GRACE KIM'S
ANSWER TO COMPLAINT FOR DECLARATORY RELIEF

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by posting it directly to ECF website at https://ecf.cand.uscourts.gov/ at approximately 11:45 a.m., local time (PDST).

| By ECF: | Courtesy Copy By Mail: |
|---|---|
| A. Carl Yaeckel, Esq.<br>Grimm Vranjes McCormick & Graham LLP<br>550 West C Street, Suite 1100<br>San Diego, CA  92101<br>Telephone:  619-231-8802<br>Facsimile:  619-233-6039<br>E-mail:  cyaeckel@gvmglaw.com | Ronald J. Cook, Esq.<br>Willoughby Stuart & Bening<br>50 W San Fernando Street, #400<br>San Jose, CA  95113<br>Telephone:  408-289-1972 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 28, 2008, at Palo Alto, California.

_____
Anna M. Morgan