1  RONALD J. COOK - 121398
   **WILLOUGHBY, STUART & BENING**
2  50 W. San Fernando Street, Suite 400
   San Jose, CA 95113
3  Telephone:    (408) 289-1972
   Facsimile:    (408) 295-6375
4  Email:        rjc@wbslaw.net

5  Attorneys for Defendants FIRST NHD DEVELOPMENT, INC.,
   a California corporation; MENLO PARK ESTATES, a
6  California Limited Partnership; MENLO PARK ESTATES
   MARKETING LLC, a California limited liability company;
7  HSIEH T. HAO, GRACE KIM and SHIAO MEI NAN

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11
   NORTH AMERICAN SPECIALITY             | **CASE NO. 3:08-CV-01448-EMC**
12 INSURANCE COMPANY and NORTH           | **MAGISTRATE JUDGE EDWARD M. CHEN**
   AMERICAN CAPACITY INSURANCE           |
13 COMPANY,                              |
                                          | **DEFENDANTS' ANSWER TO COMPLAINT**
14          Plaintiffs,                   | **FOR DECLARATORY RELIEF**

15     v.

16 FIRST NHD DEVELOPMENT, INC., a
   California corporation; MENLO PARK
17 ESTATES, a California Limited
   Partnership; MENLO PARK ESTATES
18 MARKETING LLC, a California limited
   liability company; HSIEH T. HAO, an
19 individual; GRACE KIM, an individual;
   KENNETH KIM, an individual; MING C.
20 HAO, and individual, SHIAO MEI NAN, an
   individual; and DOES 1 through 10,
21
            Defendants.
22

23              **<u>DEMAND FOR JURY TRIAL</u>**

24     Defendants FIRST NHD DEVELOPMENT, INC., MENLO PARK ESTATES, MENLO

25 PARK ESTATES MARKETING, LLC., HSIEH T. HAO, MING C. HAO and SHIAO MEI

26 NAN, hereinafter collectively "defendants", demand trial by jury.

27 / / /

28
   1834.10865C

Defendants in answer to the First Amended Complaint for Declaratory Relief of plaintiffs NORTH AMERICAN SPECIALITY INSURANCE COMPANY ("NASIC"), and NORTH AMERICAN CAPACITY INSURANCE COMPANY, ("NAIC") alleges:

## JURISDICTION

1. In answer to paragraph 1, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

2. In answer to paragraph 2, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

3. In answer to paragraph 3, defendant NHD DEVELOPMENT, INC., admits the allegations of this paragraph.

4. In answer to paragraph 4, defendant MENLO PARK ESTATES MARKETING, LLC, admits the allegations of this paragraph.

5. In answer to paragraph 5, defendant MENLO PARK ESTATES MARKETING, LLC, admits the allegations of this paragraph.

6. In answer to paragraph 6, defendant HSIEH T. HAO, admits the allegations of this complaint.

7. In answer to paragraph 7, defendant SHIAO MEI NAN, admits the allegations of this complaint.

8. In answer to paragraph 8, defendant MING C. HAO, admits the allegations of this complaint.

9. In answer to paragraph 9, these answering defendants are without sufficient knowledge and belief as to the truth of the allegations contained in said paragraph, but

nevertheless believe them to be true.

10. In answer to paragraph 10, these answering defendants are without sufficient knowledge and belief as to the truth of the allegations contained in said paragraph, but nevertheless believe them to be true.

11. In answer to paragraph 11, these answering defendants are without sufficient knowledge and belief as to the allegations contained in said paragraph, and on that basis deny said allegations.

12. In answer to paragraph 12, defendants admit that this is a civil action wherein the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs and is between citizens of different states. Jurisdiction is established by diversity of citizenship.

## VENUE

13. Defendants admit that the venue is proper pursuant 28 U.S.C. § 1391(2).

## THE INSURANCE POLICY

14. In answer to paragraph 14, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

15. In answer to paragraph 15, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

16. In answer to paragraph 16, these answering defendants are without sufficient knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

17. In answer to paragraph 17, these answering defendants are without sufficient

knowledge and information to form a belief as the truth of the allegations contained in said paragraph, but nevertheless, believe them to be true.

## GENERAL ALLEGATIONS

18. In answer to paragraph 18, defendants admit the allegations of this paragraph.

19. In answer to paragraph 19, defendants admit the allegations of this paragraph.

20. In answer to paragraph 20, defendants admit the allegations of this paragraph.

21. In answer to paragraph 21, these answering defendants are without sufficient knowledge to form a belief as the truth of the allegations contained in said paragraph, but nevertheless believe them to be true.

## FIRST CAUSE OF ACTION

22. In answer to paragraph 22, these answering defendants admit the allegations of this paragraph.

23. In answer to paragraph 23, defendants deny the allegations of this paragraph.

24. In answer to paragraph 24, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

25. In answer to paragraph 25, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## SECOND CAUSE OF ACTION

26. In answer to paragraph 26, these answering defendants admit the allegations of this paragraph.

27. In answer to paragraph 27, defendants deny the allegations of this paragraph.

28. In answer to paragraph 28, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

29. In answer to paragraph 29, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

### THIRD CAUSE OF ACTION

30. In answer to paragraph 30, these answering defendants admit the allegations of this paragraph.

31. In answer to paragraph 31, defendants deny the allegations of this paragraph.

32. In answer to paragraph 32, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

33. In answer to paragraph 33, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

### FOURTH CAUSE OF ACTION

34. In answer to paragraph 34, these answering defendants admit the allegations of this paragraph.

35. In answer to paragraph 35, defendants deny the allegations of this paragraph.

36. In answer to paragraph 36, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

37. In answer to paragraph 37, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## FIFTH CAUSE OF ACTION

38. In answer to paragraph 38, these answering defendants admit the allegations of this paragraph.

39. In answer to paragraph 39, defendants deny the allegations of this paragraph.

40. In answer to paragraph 40, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

41. In answer to paragraph 41, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## SIXTH CAUSE OF ACTION

42. In answer to paragraph 42, these answering defendants admit the allegations of this paragraph.

43. In answer to paragraph 43, defendants deny the allegations of this paragraph.

44. In answer to paragraph 44, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

45. In answer to paragraph 45, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## SEVENTH CAUSE OF ACTION

46.  In answer to paragraph 46, these answering defendants admit the allegations of this paragraph.

47.  In answer to paragraph 47, defendants deny the allegations of this paragraph.

48.  In answer to paragraph 48, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

49.  In answer to paragraph 49, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## EIGHTH CAUSE OF ACTION

50.  In answer to paragraph 50, these answering defendants admit the allegations of this paragraph.

51.  In answer to paragraph 51, defendants deny the allegations of this paragraph.

52.  In answer to paragraph 52, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

53.  In answer to paragraph 53, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## NINTH CAUSE OF ACTION

54.  In answer to paragraph 54, these answering defendants admit the allegations of this paragraph.

55. In answer to paragraph 55, defendants deny the allegations of this paragraph.

56. In answer to paragraph 56, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

57. In answer to paragraph 57, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## TENTH CAUSE OF ACTION

58. In answer to paragraph 58, these answering defendants admit the allegations of this paragraph.

59. In answer to paragraph 59, defendants deny the allegations of this paragraph.

60. In answer to paragraph 60, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

61. In answer to paragraph 61, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## ELEVENTH CAUSE OF ACTION

62. In answer to paragraph 62, these answering defendants admit the allegations of this paragraph.

63. In answer to paragraph 63, defendants deny the allegations of this paragraph.

64. In answer to paragraph 64, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said

paragraph, and on that basis deny said allegations.

65. In answer to paragraph 65, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

### TWELFTH CAUSE ACTION

66. In answer to paragraph 66, these answering defendants admit the allegations of this paragraph.

67. In answer to paragraph 67, defendants deny the allegations of this paragraph.

68. In answer to paragraph 68, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

69. In answer to paragraph 69, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

### THIRTEENTH CAUSE OF ACTION

70. In answer to paragraph 70, these answering defendants admit the allegations of this paragraph.

71. In answer to paragraph 71, defendants deny the allegations of this paragraph.

72. In answer to paragraph 72, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

73. In answer to paragraph 73, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said

paragraph, and on that basis deny said allegations.

## FOURTEENTH CAUSE OF ACTION

74. In answer to paragraph 74, these answering defendants admit the allegations of this paragraph.

75. In answer to paragraph 75, defendants deny the allegations of this paragraph.

76. In answer to paragraph 76, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

77. In answer to paragraph 77, these answering defendants are without sufficient knowledge and information to form a belief as to the truth of the allegations contained in said paragraph, and on that basis deny said allegations.

## AFFIRMATIVE DEFENSES

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein these answering defendants allege that the complaint does not state facts sufficient to constitute a cause of action.

AS AND FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that the complaint does not state facts sufficient to state a claim for declaratory judgment.

AS AND FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe, and thereon allege, that the complaint, and each cause of action therein, is barred by the applicable statute of limitations.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs' own conduct, and each of them estops plaintiffs from claiming the relief alleged in the complaint.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege, that the allegations and causes of action alleged in plaintiffs' complaint are conclusory, thus all affirmative defenses which may be applicable cannot be fully anticipated. Defendants, therefore reserve the right to assert additional affirmative defenses, as applicable.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs, through the exercise of reasonable effort, could have mitigated their damages, if any, and the resulting damages, if any, were directly and proximately caused by plaintiffs failure, neglect and refusal to exercise reasonable efforts to mitigate their alleged damages.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs' claims are barred by the doctrine of laches.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants allege that plaintiffs lack the capacity to bring suit as to each cause of action alleged.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon alleges that the herein court lacks subject matter jurisdiction.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, this answering defendant alleges that the plaintiff at all times relating to this action assumed the risk herein.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs' claims are barred by the doctrine of unclean hands.

AS AND FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE to the plaintiffs' complaint on file herein, these answering defendants are informed and believe and thereon allege that plaintiffs have waived any claims to declaratory relief, and/or are estopped to assert any claims to declaratory relief.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that all sums at issue in plaintiffs' complaint are the responsibility of plaintiff or of persons or entities other than these answering defendants and recovery against these answering defendants are reduced or eliminated according to principles of equity.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that plaintiffs failed to meet and perform all necessary covenants, conditions, and promises required by plaintiffs to be performed in accordance with the terms and conditions of the policy.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that it has fulfilled any and all obligations owed by it under any and all policies of insurance referred to by plaintiffs.

AS FOR A SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that plaintiffs' claims herein are barred by the principle of unjust enrichment.

/ / /

AS FOR SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE, defendants allege that each and every act or statement done or made by defendants or its agents and employees, with reference to plaintiffs, were reasonable and were privileged as a good faith assertion of defendants' legal and contractual rights.

WHEREFORE, these answering defendants pray:

1. That the complaint, and each cause of action therein, be dismissed and that plaintiffs take nothing by their action;

2. That plaintiffs be denied declaratory relief;

3. For all costs of suit herein;

4. For attorney's fees incurred herein; and,

5. For such other and further relief as the court may deem just and proper.

DATED: May 28, 2008

WILLOUGHBY, STUART & BENING

By _____/s/_____
RONALD J. COOK
Attorneys for Defendants FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING LLC, a California limited liability company; HSIEH T. HAO, GRACE KIM and SHIAO MEI NAN

# PROOF OF SERVICE

RE: **North American Specialty Insurance Company vs. First NHD Development, Inc.**
**USDC/Northern: 3:08-CV-01448-EMC**

I am a citizen of the United States and am employed in the County of Santa Clara, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 50 W. San Fernando Street, Suite 400, San Jose, California 95113. On the date below, I served the following documents in the manner indicated on the below-named parties and/or counsel of record:

**DEFENDANTS' ANSWER TO COMPLAINT FOR DECLARATORY RELIEF**

☒ **U.S. MAIL**, with first class postage prepaid and deposited in sealed enveloped at San Jose, California.
**FACSIMILE TRANSMISSION** from (408) 295-6375 during normal business hours, completed and without error on the date indicated below, as evidenced by the report issued by the transmitting facsimile machine.
**PERSONAL SERVICE**
**Other: OVERNIGHT DELIVERY**. On the date indicated below, I placed a true and correct copy of the aforementioned document(s) in a sealed envelope and/or package designated by *Federal Express Priority Overnight*, individually addressed to the parties indicated below, with fees fully prepaid, and caused each such envelope and/or package to deposited for pick-up on the same day by an authorized representative of *Federal Express* at San Jose, California, in the ordinary course of business.
☒ **FEDERAL** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

**Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY ISNURANCE COMPANY**
A. Carl Yaeckel, Esq.
GRIMM, VRANKES, McCORMICK & GRAHAM LLP
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, CA 92112-9012
Tel:   (619)   231-8802
Fax:  (619)   233-6039

**Attorney for KENNETH KIM and GRACE KIM**
E. David Marks, Esq.
Serena Patitucci Torvik, Esq.
MILLER, STARR & REGALIA
300 Hamilton Avenue, Third Floor
Palo Alto, CA 94301
Tel:   (650) 463-7800

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that I am readily familiar with this firm's practice for collection and processing of documents for mailing with the U.S. Postal Service.

DATED: ___May 28, 2008___                    _____/s/_____
                                              MONICA H. ROCHA

1834.10865C