1  **GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
   A. Carl Yaeckel, Esq. (SBN 89920)
2  Gregory B. Thomas, Esq. (SBN 239870)
   cyaeckel@gvmglaw.com
3  gthomas@gvmglaw.com
   550 West C Street, Suite 1100
4  Post Office Box 129012
   San Diego, CA 92112-9012
5  TEL: (619) 231-8802/FAX: (619) 233-6039

6  Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
   NORTH AMERICAN CAPACITY INSURANCE COMPANY
7

8                     UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10,<br><br>Defendants. | CASE NO: CV 08 1448 (EMC)<br>Magistrate Judge: Hon. Edward M. Chen<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

21   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

22   The undersigned party hereby declines to consent to the assignment of this case to a United
23   States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case
24   to a United States District Judge.

25   Dated: May 30, 2008                    GRIMM, VRANJES,
                                             McCORMICK & GRAHAM, LLP
26
                                             By: /s/ Gregory B. Thomas
27                                                A. Carl Yaeckel
                                                  Gregory B. Thomas
28                                                Attorney for Plaintiffs

                                    1

GRIMM, VRANJES, McCORMICK & GRAHAM LLP
550 West C Street, Suite 1100
San Diego, California 92101
TEL: (619) 231-8802; FAX: (619) 233-6039

Attorneys for Plaintiffs, NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

Magistrate Judge: Hon. Edward M. Chen   Case No. CV 08 1448 (EMC)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

## DECLARATION OF SERVICE
## VIA PACER / ECF

I declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 550 West C Street, Suite 1100, San Diego, California 92101. I caused to be served the following document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

by providing a true and correct copy of the aforementioned document(s) on the interested parties in this action identified as follows by the means designated below:

| WILLOUGHBY, STUART & BENING<br>Ronald J. Cook, Esq.<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>TEL: 408-289-1972/FAX: 408-295-6375<br>Attorneys for Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO | MILLER, STARR & REGALIA<br>E. David Marks, Esq.<br>Serena Torvik, Esq.<br>300 Hamilton Avenue, Third Floor<br>Palo Alto, California 94301<br>TEL: (650) 463-7800/FAX: (650) 462-1010<br>Attorneys for Defendants, KENNETH KIM and GRACE KIM |
|---|---|

__X__  **By Electronic Transfer:**
On designated recipients through electronic transmission through the Electronic Case Filing (ECF) system. Upon completion of said transmission of said document(s), a certified receipt is issued to filing party acknowledging receipt by ECF's system. Once ECF has served all designated recipients, proof of electronic service is returned to the filing party.

_____  **By Certified Mail (Return Receipt Requested)**
The documents were placed in sealed, addressed envelopes on the below date, with the Certified Mail, Return Receipt Requested forms attached with first class postage thereon fully prepaid in the United States Post Office at San Diego, California, addressed as set forth on the electronic service list appearing on Pacer/ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 30, 2008, at San Diego, California.

/s/ *E.M. White*
_____
E.M. White