1  **GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
   A. Carl Yaeckel, Esq. (SBN 89920)
2  Gregory B. Thomas, Esq. (SBN 239870)
   cyaeckel@gvmglaw.com
3  gthomas@gvmglaw.com
   550 West C Street, Suite 1100
4  Post Office Box 129012
   San Diego, CA  92112-9012
5  TEL: (619) 231-8802/FAX: (619) 233-6039

6  Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
   NORTH AMERICAN CAPACITY INSURANCE COMPANY
7

8               **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| 10 NORTH AMERICAN SPECIALTY ) INSURANCE COMPANY and NORTH ) 11 AMERICAN CAPACITY INSURANCE ) COMPANY, ) 12                              ) Plaintiffs, ) 13                              ) v.                           ) 14                              ) FIRST NHD DEVELOPMENT, INC., a ) 15 California corporation; MENLO PARK ) ESTATES, a California Limited Partnership; ) 16 MENLO PARK ESTATES MARKETING, ) LLC, a California limited liability company; ) 17 HSIEH T. HAO, an individual; GRACE ) KIM, an individual; KENNETH KIM, an ) 18 individual; MING C. HAO, an individual; ) SHIAO MEI NAN, an individual; and DOES ) 19 1 through 10, ) 20                              Defendants. ) | CASE NO: CV 08 1448 (WHA) Judge: Hon. William H. Alsup  **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [CIVIL LOCAL RULE 3-16]** |

21        Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

22  the named parties, there is no such interest to report.

23  Dated: June 5, 2008                   GRIMM, VRANJES,
                                          McCORMICK & GRAHAM, LLP
24

25                                        By: _/s/ A. Carl Yaeckel_____
                                              A. Carl Yaeckel
26                                            Attorney for Plaintiffs NORTH AMERICAN
                                              SPECIALTY INSURANCE COMPANY and
27                                            NORTH AMERICAN CAPACITY
                                              INSURANCE COMPANY

28  S:\Cases\2165004\pld\certificat of interested entities persons 01.wpd

                                1

1  GRIMM, VRANJES, McCORMICK & GRAHAM LLP
   550 West C Street, Suite 1100
2  San Diego, California 92101
   TEL: (619) 231-8802; FAX: (619) 233-6039
3
   Attorneys for Plaintiffs, NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
4  NORTH AMERICAN CAPACITY INSURANCE COMPANY

5  Judge: Hon. William H. Alsup  Case No. CV 08 1448 (WHA)

6                   **UNITED STATES DISTRICT COURT**
       **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**
7
                      **DECLARATION OF SERVICE**
8                         **VIA PACER / ECF**

9          I declare that I am over the age of 18 years and not a party to the case; I am employed
   in the County of San Diego, California, where the mailing occurs; and my business address is
10 550 West C Street, Suite 1100, San Diego, California  92101.  I caused to be served the
   following document(s):
11
   **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**
12 **[CIVIL LOCAL RULE 3-16];**

13 by providing a true and correct copy of the aforementioned document(s) on the interested
   parties in this action identified as follows by the means designated below:
14

| WILLOUGHBY, STUART & BENING | MILLER, STARR & REGALIA |
|---|---|
| Ronald J. Cook, Esq. | E. David Marks, Esq. |
| 50 W. San Fernando Street, Suite 400 | Serena Torvik, Esq. |
| San Jose, CA 95113 | 300 Hamilton Avenue, Third Floor |
| TEL:  408-289-1972/FAX: 408-295-6375 | Palo Alto, California 94301 |
| Attorneys for Defendants, **FIRST NHD** | TEL:  (650) 463-7800/FAX: (650) 462-1010 |
| **DEVELOPMENT, INC.; MENLO PARK** | Attorneys for Defendants, **KENNETH KIM and** |
| **ESTATES; HSIEH T. HAO; MENLO PARK** | **GRACE KIM** |
| **ESTATES MARKETING, LLC.; SHIAO MEI** | |
| **NAN; and MING C. HAO** | |

20   __X__   **By Electronic Transfer:**
21         On designated recipients through electronic transmission through the Electronic Case
   Filing (ECF) system.  Upon completion of said transmission of said document(s), a certified
22 receipt is issued to filing party acknowledging receipt by ECF's system.  Once ECF has
   served all designated recipients, proof of electronic service is returned to the filing party.
23
   _____   **By Certified Mail (Return Receipt Requested)**
24         The documents were placed in sealed, addressed envelopes on the below date, with the
   Certified Mail, Return Receipt Requested forms attached with first class postage thereon fully
25 prepaid in the United States Post Office at San Diego, California, addressed as set forth on the
   electronic service list appearing on Pacer/ECF.
26
           I declare under penalty of perjury that the foregoing is true and correct.  Executed on
27 June 5, 2008, at San Diego, California.

28                          /s/ *E. M. White*
                    _____
                         E.M. White