**GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
A. Carl Yaeckel, Esq. (SBN #89920)
Gregory B. Thomas, Esq. (SBN #239870)
cyaeckel@gvmglaw.com
gthomas@gvmglaw.com
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, CA 92112-9012
TEL: (619) 231-8802/FAX: (619) 233-6039

Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA,**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO: CV 08 1448 (WHA)<br>Judge: Hon. William H. Alsup<br><br>**FRCP RULE 26(f) REPORT CONFERENCE OF PARTIES** |

PURSUANT TO FRCP RULE 26(f), a conference was held on May 28, 2008 between Gregory B. Thomas, Esq., attorney for Plaintiffs, NORTH AMERICAN SPECIALTY INSURANCE COMPANY ("NAS") and NORTH AMERICAN CAPACITY INSURANCE COMPANY ("NAC"), and Ronald J. Cook, Esq., attorney for Defendants, FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO. Attorney Ronald J. Cook also specially appeared for Defendants

1

KENNETH and GRACE KIM. Pursuant to the order setting Initial Case Management Conference and ADR deadlines, the parties hereby submit their Joint Rule 26(f) Report.

1. **Initial Disclosures:**

The parties will exchange the information required by FRCP Rule 26 by September 30, 2008. This date is selected because many of the documents to be produced are privileged until arbitration in the underlying construction defect lawsuit is completed on September 15, 2008.

2. **Discovery Plan:**

The parties jointly propose to the Court the following discovery plan:

Because this declaratory relief lawsuit seeks an adjudication of whether the four insurance policies issued by NAS/NAC provide coverage in respect to the underlying construction defect lawsuit, much of the evidence relevant to this declaratory relief action will be produced through the initial disclosure process in accordance with FRCP Rule 26(a)(1). Discovery is necessary in the following subjects:

(a) Design and construction documents relating to the custom-built home purchased by Defendants KENNETH and GRACE KIM;

(b) The sale and purchase documents related to the custom-built home purchased by Defendants KENNETH and GRACE KIM;

(c) Repair documents related to the custom-built home purchased by Defendants KENNETH and GRACE KIM;

(d) Warranty claims and files with respect to the custom-built home purchased by Defendants KENNETH and GRACE KIM;

(e) The origin, nature, extent and scope of any land or soil movement and any related damage;

(f) Any and all litigation, claims, discovery, settlement and/or repair efforts and costs arising out of the underlying matter, including but not limited to, all of Defendants KENNETH and GRACE KIM's claims damages;

(g) Any and all litigation, claims, discovery, settlement and/or repair efforts and costs arising out of the *Greenwald v. First NHD Development*, including, but not limited to, all of

1  plaintiff's claimed damages therein.
2      Much of the evidence relevant for this lawsuit consists of evidence potentially subject to one
3  or more privileges in the underlying lawsuit, including materials generated by expert witnesses, such
4  as opinion letters, analysis and cost of repair estimates. These underlying materials are necessary
5  for this declaratory relief action.
6      Discovery shall be conducted pursuant to Federal Rules of Civil Procedure without
7  modification. The parties do not anticipate to exceed the limit on the number of depositions per side
8  or the number of interrogatories. Expert witnesses are required in this matter. The parties may not
9  need to designate expert witnesses if sufficient expert testimony and evidence from the underlying
10 action is available.
11     The parties agree that discovery shall be completed by March 15, 2009.
12     At this time, the parties do not require any Court orders pursuant to FRCP Rule 26(c) or
13 FRCP Rule 16(b) and (c).

Dated: June __, 2008

GRIMM, VRANJES,
McCORMICK & GRAHAM, LLP

By: _____
A. Carl Yaeckel
Gregory B. Thomas
Attorney for Plaintiffs NORTH AMERICAN
SPECIALTY INSURANCE COMPANY and
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

Dated: June __, 2008

WILLOUGHBY, STUART & BENING

By: _____
Ronald J. Cook, Esq.
Attorneys for Defendants, FIRST NHD
DEVELOPMENT, INC.; MENLO ESTATES;
HSIEH T. HAO; MENLO PARK ESTATES
MARKETING, LLC.; SHIAO MEI NAN; and
MING C. HAU

Dated: June __, 2008

MILLER STARR & REGALIA

By: _____
E. David Marks, Esq.
Serena Torvik, Esq.
Attorneys for Defendants,
KENNETH KIM and GRACE KIM

3

FRCP RULE 26(f) REPORT CONFERENCE OF PARTIES

GRIMM, VRANJES, McCORMICK & GRAHAM LLP
550 West C Street, Suite 1100
San Diego, California 92101
TEL: (619) 231-8802; FAX: (619) 233-6039

Attorneys for Plaintiffs, NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

Judge: Hon. William H. Alsup  Case No. CV 08 1448 (WHA)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

## DECLARATION OF SERVICE
## VIA PACER / ECF

I declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 550 West C Street, Suite 1100, San Diego, California 92101. I caused to be served the following document(s):

**FRCP RULE 26(f) REPORT CONFERENCE OF PARTIES;**

by providing a true and correct copy of the aforementioned document(s) on the interested parties in this action identified as follows by the means designated below:

| WILLOUGHBY, STUART & BENING | MILLER, STARR & REGALIA |
|---|---|
| Ronald J. Cook, Esq. | E. David Marks, Esq. |
| 50 W. San Fernando Street, Suite 400 | Serena Torvik, Esq. |
| San Jose, CA 95113 | 300 Hamilton Avenue, Third Floor |
| TEL: 408-289-1972/FAX: 408-295-6375 | Palo Alto, California 94301 |
| Attorneys for Defendants, **FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO** | TEL: (650) 463-7800/FAX: (650) 462-1010 Attorneys for Defendants, **KENNETH KIM and GRACE KIM** |

__X__   **By Electronic Transfer:**
On designated recipients through electronic transmission through the Electronic Case Filing (ECF) system. Upon completion of said transmission of said document(s), a certified receipt is issued to filing party acknowledging receipt by ECF's system. Once ECF has served all designated recipients, proof of electronic service is returned to the filing party.

_____   **By Certified Mail (Return Receipt Requested)**
The documents were placed in sealed, addressed envelopes on the below date, with the Certified Mail, Return Receipt Requested forms attached with first class postage thereon fully prepaid in the United States Post Office at San Diego, California, addressed as set forth on the electronic service list appearing on Pacer/ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 12, 2008, at San Diego, California.

/s/ E.M. White
_____
E.M. White