```
1  GRIMM, VRANJES, McCORMICK & GRAHAM LLP
   A. Carl Yaeckel, Esq. (SBN #89920)
2  Gregory B. Thomas, Esq. (SBN #239870)
   cyaeckel@gvmglaw.com
3  gthomas@gvmglaw.com
   550 West C Street, Suite 1100
4  Post Office Box 129012
   San Diego, CA  92112-9012
5  TEL.: (619) 231-8802/FAX: (619) 233-6039

6
   Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
7  NORTH AMERICAN CAPACITY INSURANCE COMPANY

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10
```

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10, <br><br> Defendants. | CASE NO: CV 08 1448 (WHA) <br> Judge: Hon. William H. Alsup <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5;

The parties agree to participate in the following ADR process:

**Early Neutral Evaluation ("ENE") (ADR L.R 5)**

Because arbitration in the underlying case is scheduled on September 15, 2008, the parties agree to hold the ADR session by October 15, 2008.

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CV 08 1448 (WHA)

1  Alternatively, and pursuant to ADR Local Rule 3-4(b), the parties will attempt to participate
2  in private mediation prior to September 15, 2008. If the parties do participate in private mediation
3  prior to September 15, 2008, the parties will apprise the Court and request to vacate the ENE.

4  Dated: June 13, 2008                GRIMM, VRANJES,
                                        McCORMICK & GRAHAM, LLP

6                                       By: _____
                                        A. Carl Yaeckel
7                                       Gregory B. Thomas
                                        Attorney for Plaintiffs NORTH AMERICAN
8                                       SPECIALTY INSURANCE COMPANY and
                                        NORTH AMERICAN CAPACITY INSURANCE
9                                       COMPANY

10 Dated: June 12, 2008                 WILLOUGHBY, STUART & BENING

12                                      By: _____
                                        Ronald J. Cook, Esq.
13                                      Attorneys for Defendants, FIRST NHD
                                        DEVELOPMENT, INC.; MENLO ESTATES;
                                        HSIEH T. HAO; MENLO PARK ESTATES
14                                      MARKETING, LLC.; SHIAO MEI NAN; and
                                        MING C. HAU

15 Dated: June 9, 2008                  MILLER STARR & REGALIA

17                                      By: _____
                                        E. David Marks, Esq.
18                                      Serena Torvik, Esq.
                                        Attorneys for Defendants,
19                                      KENNETH KIM and GRACE KIM

21                          [PROPOSED] ORDER

22  Pursuant to the Stipulation above, the captioned matter is referred to: Early Neutral
23 Evaluation.
24  Deadline for the ADR session is October 1, 2008
25  IT IS SO ORDERED.
26 Dated: _____        _____
                                          Hon. William H. Alsup, Judge

28 S:\Cases\2165004\pld\stip adr proc 02.wpd

GRIMM, VRANJES, McCORMICK & GRAHAM LLP
550 West C Street, Suite 1100
San Diego, California 92101
TEL: (619) 231-8802; FAX: (619) 233-6039

Attorneys for Plaintiffs, NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

Judge: Hon. William H. Alsup   Case No. CV 08 1448 (WHA)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

DECLARATION OF SERVICE
VIA PACER / ECF

I declare that I am over the age of 18 years and not a party to the case; I am employed in the County of San Diego, California, where the mailing occurs; and my business address is 550 West C Street, Suite 1100, San Diego, California 92101. I caused to be served the following document(s):

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;**

by providing a true and correct copy of the aforementioned document(s) on the interested parties in this action identified as follows by the means designated below:

| | |
|---|---|
| **WILLOUGHBY, STUART & BENING**<br>Ronald J. Cook, Esq.<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>TEL: 408-289-1972/FAX: 408-295-6375<br>Attorneys for Defendants, **FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENLO PARK ESTATES MARKETING, LLC.; SHIAO MEI NAN; and MING C. HAO** | **MILLER, STARR & REGALIA**<br>E. David Marks, Esq.<br>Serena Torvik, Esq.<br>300 Hamilton Avenue, Third Floor<br>Palo Alto, California 94301<br>TEL: (650) 463-7800/FAX: (650) 462-1010<br>Attorneys for Defendants, **KENNETH KIM and GRACE KIM** |

**X** **By Electronic Transfer:**
On designated recipients through electronic transmission through the Electronic Case Filing (ECF) system. Upon completion of said transmission of said document(s), a certified receipt is issued to filing party acknowledging receipt by ECF's system. Once ECF has served all designated recipients, proof of electronic service is returned to the filing party.

___ **By Certified Mail (Return Receipt Requested)**
The documents were placed in sealed, addressed envelopes on the below date, with the Certified Mail, Return Receipt Requested forms attached with first class postage thereon fully prepaid in the United States Post Office at San Diego, California, addressed as set forth on the electronic service list appearing on Pacer/ECF.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2008, at San Diego, California.

/s/ *E. M. White*

E.M. White