1 | RONALD J. COOK - 121398
**WILLOUGHBY, STUART & BENING**
2 | 50 W. San Fernando Street, Suite 400
San Jose, CA 95113
3 | Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375
4 | Email:   rjc@wbslaw.net

Attorneys for Defendants FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING LLC, a California limited liability company; HSIEH T. HAO, GRACE KIM and SHIAO MEI NAN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALITY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, and individual, SHIAO MEI NAN, an individual; and DOES 1 through 10,<br><br>Defendants. | **CASE NO. 3:08-CV-01448-WHA**<br>**JUDGE WILLIAM H. ALSUP**<br><br>**NOTICE OF APPEARANCE** |

Defendants MENLO PARK ESTATES, MENLO PARK ESTATES MARKETING, LLC., HSIEH T. HAO, MING C. HAO and SHIAO MEI NAN, hereby make an appearance pursuant to *Defendants' Answer to Complaint for Declaratory Relief* filed on May 28, 2008.

///

///

1834.10865C

**NOTICE OF APPEARANCE**
**NORTH AMERICAN SPECIALITY INSURANCE COMPANY v. FIRST NHD DEVELOPMENT**

1 | DATED: June 17, 2008

WILLOUGHBY, STUART & BENING

By _____/s/_____
RONALD J. COOK
Attorneys for Defendants FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING LLC, a California limited liability company; HSIEH T. HAO, GRACE KIM and SHIAO MEI NAN

1834.10865C

2

**NOTICE OF APPEARANCE**
**NORTH AMERICAN SPECIALITY INSURANCE COMPANY v. FIRST NHD DEVELOPMENT**