**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>June 19, 2008</u>

Case No.  <u>C 08-01448 WHA</u>

Title: <u>NORTH AMERICAN SPECIALTY INS </u>v. <u>FIRST NHD DEVELOPMENT</u>

Plaintiff Attorneys: A. Carl Yaeckel

Defense Attorneys: Ronald Cook (specially appeared for atty, Edward Marks)

Deputy Clerk:  <u>Dawn Toland</u>              Court Reporter: <u>Kathy Wyatt</u>

**PROCEEDINGS**

1)   <u>CMC - HELD                                                                          </u>

2)   <u>                                                                                              </u>

Complete Initial Disclosures (Rule 26): 6/30/08

Discovery Cutoff: 2/6/09

Designation of Experts: 2/6/09

Last Day to File Dispositive Motion: 3/26/09


Continued to <u>   </u> for Further Case Management Conference

Continued to  <u>6/1/09 at 2:00pm</u>  for Pretrial Conference

Continued to  <u>6/15/09 at 7:30am</u>  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE.   Any objection to the jury trial will need to be addressed in a formal motion.