1  **GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
   A. Carl Yaeckel, Esq. (SBN #89920)
2  cyaeckel@gvmglaw.com
   550 West C Street, Suite 1100
3  Post Office Box 129012
   San Diego, CA 92112-9012
4  TEL: (619) 231-8802
   FAX: (619) 233-6039
5

6  Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
   NORTH AMERICAN CAPACITY INSURANCE COMPANY
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11

| 12 | NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY, | CASE NO: CV 08 1448 (WHA) |
|---|---|---|
| 13 | | Judge: Hon. William H. Alsup |
| 14 | Plaintiffs, | |
| 15 | | **STIPULATION AND ORDER** |
| 16 | v. | |
| 17 | FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10, | |
| 22 | Defendants. | |

23

24         This matter was referred to the ADR Unit for Early Neutral Evaluation pursuant to the

25  court's Case Management Order of June 19, 2008.

26         The parties had previously submitted a stipulation agreeing to hold an ADR session by

27  October 15, 2008, or in the alternative, pursuant to ADR Local Rule 30-4(b), the parties would

28  attempt to participate in private mediation prior to September 15, 2008. The stipulation stated if the

                                              1

1  parties do participate in private mediation prior to September 15, 2008, the parties will apprise the
2  court and request to vacate the ENE. The parties submitted the same statement in their Joint Case
3  Management Statement.
4        A mediation has been scheduled in the underlying construction defect litigation brought by
5  Grace and Kenneth Kim against First NHD Development, Inc., and the remainder of the defendants
6  herein, Superior Court of the State of California, County of San Mateo, Case No. CIV456029, to
7  occur Friday, August 29 at 9:30 a.m. before mediator Attorney William Pagano at his offices in
8  Burlingame, California.
9        The parties herein have agreed to participate in this mediation in the hopes of achieving a
10 global settlement of both the underlying case and of the present declaratory relief action brought by
11 North American Specialty.
12       In light of the scheduling of the mediation and the agreed-to participation in it by the parties
13 herein, it is stipulated that the parties request the court to vacate its order referencing the matter for
14 an Early Neutral Evaluation.
15       So stipulated,
16 Dated: 8/15/08

GRIMM, VRANJES,
McCORMICK & GRAHAM, LLP

By: _____
A. Carl Yaeckel
Attorney for Plaintiffs NORTH AMERICAN
SPECIALTY INSURANCE COMPANY and
NORTH AMERICAN CAPACITY
INSURANCE COMPANY

22 Dated: Aug. 15, 2008

MILLER, STARR & REGALIA

By: _____
E. David Marks, Esq.
Attorney for KENNETH KIM and GRACE KIM

26 ///
27 ///
28

2

Stip and Order re Mediation.wpd
Case No. CV 08 1448 (WHA)

1  Dated: August 19, 2008                    WILLOUGHBY, STUART & BENING

3                                             By: _____
4                                             Ronald J. Cook
                                              Attorney for FIRST NHD DEVELOPMENT,
                                              INC.; MENLO PARK ESTATES; HSIEH T. HAO;
5                                             MENLO PARK ESTATES MARKETING, LLC.;
                                              SHIAO MEI NAN; and MING C. HAO
6
   IT IS SO ORDERED:
7

8  _____
9  Judge of the US District Court,

25 S:\Cases\2165004\pld\Stip and Order re Mediation.wpd

3

Stip and Order re Mediation.wpd
Case No. CV 08 1448 (WHA)