W. PATRICK GRIMM *
MARK VRANJES *
KATHLEEN McCORMICK
KEVIN R. GRAHAM
A. CARL YAECKEL
JEFFREY Y. GREER
MICHAEL B. MARTIN ‡
EUGENE P. KENNY
GREGORY D. STEPHAN

CHARLES A. PHILLIPS
JEFFREY F. MANZI
LISA S. BRIDGMAN
MATTHEW MORACHE
DAVID E. HALLETT
GREGORY B. THOMAS
SARAH A. McDONALD
RYAN R. FICK

LAW OFFICES

# GRIMM, VRANJES, McCORMICK & GRAHAM LLP

A LIMITED LIABILITY PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

OFFICES LOCATED IN ▪ SAN DIEGO ▪ NEVADA

www.gvmglaw.com

MAILING ADDRESS
POST OFFICE BOX 129012
SAN DIEGO, CA 92112-9012

550 WEST C STREET
SUITE 1100
SAN DIEGO, CA 92101-3532

(619) 231-8802
FAX: (619) 233-6039

*   A PROFESSIONAL CORPORATION
‡   ALSO ADMITTED TO NEVADA BAR

August 20, 2008

United States District Court
Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, California 94102

**Re:** **North American Specialty Insurance Company, et al. v. First NHD Development, Inc**
Case Number: CV-08-1448-EMC
GVMG File No.: 216-5004

To the Clerk:

Enclosed is an agreed Stipulation and Proposed Order regarding the court's referral of the above-captioned matter for Early Neutral Evaluation pursuant to the court's Case Management Order of June 19, 2008.

As contemplated by the parties' Joint Case Management Statement, the parties will be participating in a mediation in the underlying action on August 29, 2008.

Very truly yours,

GRIMM, VRANJES,
McCORMICK & GRAHAM LLP

A. CARL YAECKEL

ACY:sh
Enclosure

S:\Cases\2165004\ltr\court 02.wpd