1 | **GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
A. Carl Yaeckel, Esq. (SBN #89920)
2 | cyaeckel@gvmglaw.com
550 West C Street, Suite 1100
3 | Post Office Box 129012
San Diego, CA  92112-9012
4 | TEL: (619) 231-8802
FAX: (619) 233-6039
5 |
6 | Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and
NORTH AMERICAN CAPACITY INSURANCE COMPANY
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **NORTHERN DISTRICT OF CALIFORNIA**
10 | **SAN FRANCISCO DIVISION**
11 |

12 | NORTH  AMERICAN  SPECIALTY ) 
INSURANCE  COMPANY  and  NORTH )
13 | AMERICAN  CAPACITY  INSURANCE )
COMPANY, )
14 | )
                Plaintiffs, )
15 | )
v. )
16 | )
FIRST NHD DEVELOPMENT, INC., a )
17 | California  corporation;  MENLO PARK )
ESTATES, a California Limited Partnership; )
18 | MENLO PARK ESTATES MARKETING, )
LLC, a California limited liability company; )
19 | HSIEH T. HAO, an individual; GRACE )
KIM, an individual; KENNETH KIM, an )
20 | individual; MING C. HAO, an individual; )
SHIAO MEI NAN, an individual; and DOES )
21 | 1 through 10, )
)
22 |               Defendants. )
)
23 |

CASE NO: CV 08 1448 (WHA)
Judge: Hon. William H. Alsup

**STIPULATION AND ORDER**

24 |       This matter was referred to the ADR Unit for Early Neutral Evaluation pursuant to the
25 | court's Case Management Order of June 19, 2008.
26 |       The parties had previously submitted a stipulation agreeing to hold an ADR session by
27 | October 15, 2008, or in the alternative, pursuant to ADR Local Rule 30-4(b), the parties would
28 | attempt to participate in private mediation prior to September 15, 2008. The stipulation stated if the

1

1    parties do participate in private mediation prior to September 15, 2008, the parties will apprise the

2    court and request to vacate the ENE.  The parties submitted the same statement in their Joint Case

3    Management Statement.

4         A mediation has been scheduled in the underlying construction defect litigation brought by

5    Grace and Kenneth Kim against First NHD Development, Inc., and the remainder of the defendants

6    herein, Superior Court of the State of California, County of San Mateo, Case No. CIV456029, to

7    occur Friday, August 29 at 9:30 a.m. before mediator Attorney William Pagano at his offices in

8    Burlingame, California.

9         The parties herein have agreed to participate in this mediation in the hopes of achieving a

10   global settlement of both the underlying case and of the present declaratory relief action brought by

11   North American Specialty.

12        In light of the scheduling of the mediation and the agreed-to participation in it by the parties

13   herein, it is stipulated that the parties request the court to vacate its order referencing the matter for

14   an Early Neutral Evaluation.

15        So stipulated,

16   Dated: 8/19/08                          GRIMM, VRANJES,
                                             McCORMICK & GRAHAM, LLP
17

18                                           By: _____
19                                              A. Carl Yaeckel
                                                Attorney for Plaintiffs NORTH AMERICAN
20                                              SPECIALTY INSURANCE COMPANY and
                                                NORTH  AMERICAN  CAPACITY
21                                              INSURANCE COMPANY

22   Dated: Aug. 15, 2008                    MILLER, STARR & REGALIA

23

24                                           By: _____
                                                E. David Marks, Esq.
25                                              Attorney for KENNETH KIM and GRACE
                                                KIM
26   ///

27   ///

28
                                             2

Dated: August 19, 2008          WILLOUGHBY, STUART & BENING

By: _____
    Ronald J. Cook
    Attorney for FIRST NHD DEVELOPMENT,
    INC.; MENLO PARK ESTATES; HSIEH T. HAO;
    MENLO PARK ESTATES MARKETING, LLC.;
    SHIAO MEI NAN; and MING C. HAO

IT IS SO ORDERED.

August 21, 2008.

_____
Judge of the US District

Judge William Alsup

S:\Cases\2165004\pld\Stip and Order re Mediation.wpd

3

Stip and Order re Mediation.wpd
Case No. CV 08 1448 (WHA)