**GRIMM, VRANJES, McCORMICK & GRAHAM LLP**
A. Carl Yaeckel, Esq. (SBN #89920)
cyaeckel@gvmglaw.com
550 West C Street, Suite 1100
Post Office Box 129012
San Diego, CA 92112-9012
TEL: (619) 231-8802
FAX: (619) 233-6039

Attorneys for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST NHD DEVELOPMENT, INC., a California corporation; MENLO PARK ESTATES, a California Limited Partnership; MENLO PARK ESTATES MARKETING, LLC, a California limited liability company; HSIEH T. HAO, an individual; GRACE KIM, an individual; KENNETH KIM, an individual; MING C. HAO, an individual; SHIAO MEI NAN, an individual; and DOES 1 through 10, <br><br> Defendants. | CASE NO: CV 08 1448 (WHA) <br> Judge: Hon. William H. Alsup <br><br><br> **STIPULATION AND MOTION FOR DISMISSAL** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-captioned matter be, and hereby is, dismissed, with prejudice, pursuant to F.R.C.P. Rule 41 (a)(1). Each party to bear its own costs, including attorney's fees.

Dated: 3/16/09

GRIMM VRANJES McCORMICK & GRAHAM, LLP

By: _____
A. Carl Yaeckel
Attorney for Plaintiffs NORTH AMERICAN SPECIALTY INSURANCE COMPANY and NORTH AMERICAN CAPACITY INSURANCE COMPANY

Dated: 3/5/09

MILLER, STARR & REGALIA

By: _____
E. David Marks
Attorney for Defendants KENNETH KIM and GRACE KIM

Dated: 3/5/09

WILLOUGHBY, STUART & BENING

By: _____
Ronald J. Cook
Attorney for Defendants FIRST NHD DEVELOPMENT, INC.; MENLO PARK ESTATES; HSIEH T. HAO; MENO PARK ESTATES MARKETING, LLC; SHIAO MEI NAN and MING C. HAO

IT IS SO ORDERED.

Dated: March 18, 2009

Honorable William Alsup
United States District Judge

IT IS SO ORDERED
Judge William Alsup

S:\Cases\2165004\pld\motion for dismissal.wpd

2